# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDALL LEE WALKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No.  3:24-cv-00174-JPG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having denied Petitioner Randall Lee Walker's Motion to Vacate, Set Aside, or Correct Sentence;

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for writ of habeas corpus is dismissed on the merits.

**DATED:  October 24, 2024**

                                                    MONICA A. STUMP, Clerk of Court

                                                   By:     *s/Tina Gray,*
                                                            Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
                     J. PHIL GILBERT
                     U.S. DISTRICT JUDGE